UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD PHILIP KAUFMAN<br><br>and<br><br>MICHAEL NORLEY<br>            **Plaintiffs**<br>v.<br>INTERNAL REVENUE SERVICE, et al.<br>           **Defendants** | : <br>: <br>: <br>: Case No. 10-01610 (HHK)<br>: <br>: <br>: JURY TRIAL DEMANDED<br>: |

### RESPONSE OF DEFENDANTS ANGELA MARTINEZ AND PATRICIA WITT TO PLAINTIFFS' PEITION IN THE NATURE OF AN EMERGENCY MOTION TO COMPEL SPECIFIC PERFORMANCE

Defendants, Angela Martinez and Patricia Witt (referred to at Pat d/b/a Pat (no other Pat present)) in the caption of the Complaint, hereby respond to Plaintiffs' "Petition in the Nature of an Emergency Motion to Compel Specific Performance" and respectfully request that this Court deny the petition as moot. Plaintiffs' petition alleges in paragraph 7 that there was no evidence of performance on the said petition which is docketed at document number 2. To the contrary, this Court entered an Order on October 8, 2010 denying the petition.

**WHEREFORE**, Defendants, Angela Martinez and Patricia Witt respectfully request that this Court deny Plaintiffs' "Petition in the Nature of an Emergency Motion to Compel Specific Performance" (document number 18) as moot.

                            Respectfully submitted,
                            **HOLSTEN & ASSOCIATES**
                            /s/gottels2737

Dated: 10-29-10
                            **SCOTT C. GOTTEL, ESQUIRE**
                            PA Attorney I.D. No. 82031
                            One Olive Street
                            Media, PA 19063
                            610-627-243
                            **Attorney for Defendants,**
                            **Angela Martinez and Patricia Witt**

## CERTIFICATE OF SERVICE

I, **Scott C. Gottel Esquire**, attorney for Defendants, Angela Martinez and Pat Witt, hereby certify that a true and correct copy of within Response of Defendants Angela Martinez and Patricia Witt to Plaintiffs' Petition in the Nature of an Emergency Motion to Compel Specific Performance was served upon the following individual(s) via U.S. mail this 29th day of October, 2010.

Richard Philip Kaufman
311 Ivy Lane
Glen Mills, PA 19342

Michael Norley
910-912 Greene Countrie Drive
West Chester, PA 19380

Louis Robert Moffa, Jr., Esquire
457 Hadonfield Road, Suite 600
Cherry Hill, NJ 08002

**HOLSTEN & ASSOCIATES**

/s/gottels2737

_____
**SCOTT C. GOTTEL, ESQUIRE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RICHARD PHILIP KAUFMAN        :
                              :
   and                        :
                              :
MICHAEL NORLEY                : Case No. 10-01610 (HHK)
         **Plaintiffs**       :
   v.                         :
                              : JURY TRIAL DEMANDED
INTERNAL REVENUE SERVICE, et al. :
         **Defendants**       :

---

### ORDER

AND NOW, this _____ day of _____, 2010, Plaintiffs' Petition in the Nature of an Emergency Motion to Compel Specific Performance (document 18) is hereby DENIED as MOOT.

By the Court:

_____
Henry H. Kennedy,      J.