In the United States District Court
For the District of Columbia
Seat of Government

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley                                             Civil Action:
                                                           10-cv-01610-HHK
Plaintiffs

    Versus

INTERNAL REVENUE SERVICE  *et al*

Defendants

                          RECEIVED

                        Clerk, U.S. District and
                         Bankruptcy Courts

## Affidavit in Support of Petition in the Nature of a Motion for Abatement of Defective Process and Default of Richard M. Cappelli, David R. Griffin and Magisterial District Court 32-2-49 for Failure to Respond to Plaintiffs' Complaint
## Including Original Signature Proof of Service

County of Delaware             )
                                          )
The State of Pennsylvania      )

    I hereby certify under penalty of perjury, this twenty-fifth day of October 2010, that:

    1. Defendants Richard M. Cappelli, David R. Griffin and Magisterial District Court 32-2-49 (jointly and severally "Nonrespondents" herein) were served via certified mail with summons and complaint in this lawsuit pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on or before the sixth day of October, 2010; Defendant David R. Griffin stipulating to service through Louis R. Moffa, Jr.;

    2. Original signature proof of service is affixed hereto as Exhibit "A";

    3. No appearance has been entered by said Nonrespondents in this case; no responsive pleading has been filed and none served upon the Plaintiffs by the said Nonrespondents, and no extension has been granted and the time for filing has expired;

4. Pursuant to paragraphs 15, 21, 30, 31 and 53 of the said complaint, all of the Defendants named in this law suit including, without limitation, Nonrespondents hereunder, were sued in their private and corporate capacities for actions injurious to Plaintiffs and the United States administrative entity, rendering them subject to Fed. R. Civ. P. 12 (a)(2);

5. Pursuant to the said Complaint, none of the Defendants named in this law suit were sued for acts or omissions occurring in connection with the performance of duties on behalf of the United States as officers or employees of the United States described in Fed. R. Civ. P. 12 (a)(3), as a United States agency or the United States.

6. There is no evidence in the record of this law suit contract contrary to the above; the record wanting for a contrary affidavit or testimony under penalty of perjury.

7. Plaintiffs deny that any of the Defendants named in this lawsuit including, without limitation, Nonrespondents hereunder, are a United States agency, officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3).

8. Neither the United States nor any agency thereof is a party to this law suit, and there is no evidence in the record contrary thereto;

9. Plaintiffs deny that the United States is a party to this law suit;

10. Pursuant to the above, the Court is requested to enter a Default against Defendants Richard M. Cappelli, David R. Griffin and Magisterial District Court 32-2-49.

Solemnly declared in Original Jurisdiction this twenty-fifth day of October, 2010.

RELATOR

_richard philip_

In witness thereof

_____
Witness

_David Williams_
_____
Witness

_Glen Camp_
_____
Witness