UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

The People of the State of Pennsylvania
ex rel.

Richard Philip Kaufman
Michael Norley
                Plaintiff(s)

vs.                                                        Civil Action No. 10-01610 (HHK)

INTERNAL REVENUE SERVICE, et al.

                Defendant(s)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury under the laws of the United States of America, this first day of November, 2010, that I am the Process Server for the plaintiffs in the above-entitled case; that the defendants THE DEPOSITORY TRUST COMPANY, THE DEPOSITORY TRUST & CLEARING CORPORATION, Donald F. Donahue, William B. Aimetti, Ellen Fine Levine were:

[ ]    personally served with process on _____.

[X]    served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):   October 6, 2010.

[ ]    served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

[ ]    The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _____.

I further certify under penalty of perjury under the laws of the United States of America that, to the best of my information and belief: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the plaintiffs; (select one)

[X]    no extension has been given and the time for filing has expired

[ ]    although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

Returns of service not signed by individual served, to the best of my information and belief, signed by those in capacity as General Agent and who meet the appropriate qualifications for receipt of process.

The Clerk is requested to enter a Default against said defendants.

_____
Process Server for Plaintiffs [signature]

Glen Camp Collins
c/o 311 Ivy Lane
Glen Mills community
Pennsylvania state republic
404-309-9540