IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The People of the State of Pennsylvania
ex rel.

Richard Philip Kaufman
Michael Norley

       Plaintiffs

v.

INTERNAL REVENUE SERVICE, et al.

       Defendant(s)

Civil Action 10-cv-01610 (HHK)
In re:
    William B. Aimetti
    (Defendant)

**RECEIVED**

NOV - 1 2010

Clerk, U.S. District and
Bankruptcy Courts

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

    I hereby certify under penalty of perjury under the laws of the United States of America, this first day of November, 2010, that (select one):

[x]    I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate on plaintiff's behalf.
[ ]    I am the plaintiff in the above-entitled case.

    I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provision of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused after careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered, to the best of my information and belief, and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction in to the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as the President of The Depository Trust & Clearing Corporation.

                                      */s/ Glen Camp Collins*
                              by Power of Attorney (in fact) for Plaintiffs signature

                              Glen Camp Collins
                              c/o 311 Ivy Lane
                              Glen Mills community
                              Pennsylvania state republic
                              404-309-9540

IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The People of the State of Pennsylvania
ex rel.

Richard Philip Kaufman
Michael Norley

       Plaintiffs

v.

INTERNAL REVENUE SERVICE, et al.

       Defendant(s)

Civil Action 10-cv-01610 (HHK)
In re:
       Ellen Fine Levine
       (Defendant)

RECEIVED
NOV - 1 2010
Clerk, U.S. District and
Bankruptcy Courts

## MILITARY AFFIDAVIT
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury under the laws of the United States of America, this first day of November, 2010, that (select one):

[x]    I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate on plaintiff's behalf.
[ ]    I am the plaintiff in the above-entitled case.

I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provision of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused after careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered, to the best of my information and belief, and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction in to the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as the Chief Financial Officer of The Depository Trust & Clearing Corporation.

                                                           _Glen Camp Collins_
                                    by Power of Attorney (in fact) for Plaintiffs signature

                                                  Glen Camp Collins
                                                  c/o 311 Ivy Lane
                                                  Glen Mills community
                                                  Pennsylvania state republic
                                                  404-309-9540

IN THE UNITED STATES DISTRICT AND BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The People of the State of Pennsylvania
ex rel.

Richard Philip Kaufman
Michael Norley

       Plaintiffs

v.

INTERNAL REVENUE SERVICE, et al.

       Defendant(s)

Civil Action 10-cv-01610 (HHK)
In re:
       Donald F. Donahue
       (Defendant)

RECEIVED
NOV - 1 2010
Clerk, U.S. District and
Bankruptcy Courts

## MILITARY AFFIDAVIT
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

      I hereby certify under penalty of perjury under the laws of the United States of America, this first day of November, 2010, that (select one):

[x]    I am the duly authorized agent of the plaintiff in the above-listed case and make this certificate on plaintiff's behalf.
[ ]    I am the plaintiff in the above-entitled case.

      I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provision of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the plaintiff, I have caused after careful investigation to be made to ascertain whether or not the above-named defendant is in the military service of the United States or its Allies and that as a result of said investigation, I have discovered, to the best of my information and belief, and do hereby allege that said defendant is not in the military service of the United States or its Allies, that is to say said defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said defendant is not on active duty with any branches aforesaid, nor is said defendant under training or education under the supervision of the United States preliminary to induction in to the military services; and the defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is employed as the Chairman and Chief Executive Officer of The Depository Trust & Clearing Corporation.

                                                    */s/ Glen Camp Collins*
                                        by Power of Attorney (in fact) for Plaintiffs signature

                                            Glen Camp Collins
                                            c/o 311 Ivy Lane
                                            Glen Mills community
                                            Pennsylvania state republic
                                            404-309-9540