# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD PHILIP KAUFMAN** | : |
| | : |
| and | : |
| | : |
| **MICHAEL NORLEY** | : Case No. 10-01610 (HHK) |
| Plaintiffs | : |
| v. | : |
| | : JULY TRIAL DEMANDED |
| **INTERNAL REVENUE SERVICE, et al.** | : |
| Defendants | : |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THE DISTRICT COURT:**

Kindly enter my appearance as counsel for Defendants, The Depository Trust & Clearing Corporation, The Depository Trust Company, Donald F. Donahue, William B. Aimetti, Larry E. Thompson, and Ellen Fine Levine, only, regarding the above-captioned matter. Defendants hereby demand a trial by jury.

Respectfully submitted,

**PROSKAUER ROSE LLP**

**November 3, 2010**

_____/s/_____
**Benjamin R. Ogletree, Esq.**
**D.C. Bar No. 475094**
**1001 Pennsylvania Avenue, NW**
**Suite 400 South**
**Washington, DC 20004**
**202.416.6800**
**bogletree@proskauer.com**

*Attorney for Defendants,*
*The Depository Trust & Clearing Corporation, The Depository Trust Company, Donald F. Donahue, William B. Aimetti, Larry E. Thompson, and Ellen Fine Levine*

## CERTIFICATE OF SERVICE

I, **Benjamin R. Ogletree**, **Esquire**, attorney for Defendants, The Depository Trust & Clearing Corporation, The Depository Trust Company, Donald F. Donahue, William B. Aimetti, Larry E. Thompson, and Ellen Fine Levine, hereby certify that a true and correct copy of the within Entry of Appearance was served upon the following individual(s) via ECF or U.S. mail this 3rd day of November, 2010.

> Richard Philip Kaufman
> 311 Ivy Lane
> Glen Mills, PA 19342
> (**SERVED BY U.S. FIRST CLASS MAIL POSTAGE PREPAID**)
>
> Michael Norley
> 910-912 Greene Countrie Drive
> West Chester, PA 19380
> (**SERVED BY U.S. FIRST CLASS MAIL POSTAGE PREPAID**)
>
> Lewis Robert Moffa, Jr., Esquire
> (**SERVED BY ECF**)
>
> Scott C. Gottel, Esquire
> (**SERVED BY ECF**)
>
> **PROSKAUER ROSE LLP**
> _____/s/_____
> **Benjamin R. Ogletree, Esq.**
> **D.C. Bar No. 475094**
> **1001 Pennsylvania Avenue, NW**
> **Suite 400 South**
> **Washington, DC 20004**
> **202.416.6800**
> **bogletree@proskauer.com**
>
> *Attorney for Defendants,*
> *The Depository Trust & Clearing Corporation, The Depository Trust Company, Donald F. Donahue, William B. Aimetti, Larry E. Thompson, and Ellen Fine Levine*