In the United States District Court
For the District of Columbia
Seat of Government

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley

Plaintiffs

Versus

INTERNAL REVENUE SERVICE *et al*

Defendants

Civil Action No.
10-cv-01610-HHK

**Three Day Notice**

---

### Petition in the Nature of a Motion to Compel Specific Performance

County of Delaware            )
                              )
The State of Pennsylvania     )

    The People of the State of Pennsylvania, having accepted the Court's jurisdiction pursuant to offer by the United States for the use of its District Court powers at Seat of the Government pursuant to the District of Columbia Code, having accepted the Court's full judicial powers pursuant to Article Three of the Constitution by reference to DC ST 11 Section 101(1), having invoked the People's unalienable standing as constitutors of the State of Pennsylvania, the Public Trust, and beneficiaries thereof, on relation as noted hereunder, pursuant to a certain Complaint on Contract and Promise on Value (Sweat Equity) Loaned previously filed in this law suit, do hereby Petition the Court to compel Henry H. Kennedy, or proxy thereof, acting in the

nature of the assigned judge thereto in the Original Jurisdiction, Article Three of the United States Constitution, to perform to the facts and the Law currently before him on a certain Petition in the Nature of a Motion for Default of J. Curtis Joyner, Eduardo C. Robreno, M. Faith Angell and Michael E. Kunz (hereinafter "Default Petition").

VERIFIED DECLARATION OF FACTS

1. On the twenty-second day of September, 2010, this Court accepted Relators' lawful orders to process this suit in the Original Jurisdiction by filing the said complaint, issuing summonses for the Defendants named therein after careful review of the said complaint, and assigning Henry H. Kennedy as judicial referee to adjudicate the Public Trust.

2. On the twenty-eighth day of October, 2010, Plaintiffs' filed the said Default Petition, a Supportive Affidavit and the proposed Order with this Court, ex parte in compliance with F. R. Civ. P. 55 to which Plaintiffs do hereby specifically consent.

3. As of this date, there is no evidence of performance on the Default Petition.

4. As an ex parte petition secondary to the Clerk's Entry of Default, the Default Petition is not subject to delay for response.

5. The said failure to perform is injurious to the People of the State of Pennsylvania, the One People, this Court, the United States of America perpetual Union republic and the United States administrative/management entity in breach of the construction contract to which Defendants and the assigned Judge are a party jointly and severally.

6. The said failure to perform is injurious to the People's inalienable right to Redress of Grievances with respect to the United States.

7. Pursuant to Relators' special status as agents in the Original Jurisdiction for the One People and rightful beneficiaries of the Public Trust, the State of Pennsylvania, Henry H. Kennedy and this Court are hereby compelled to perform on the Default Petition within three days of the filing of this Petition.

8. Any action by this Court on the Default Petition adverse to Plaintiffs shall be fully qualified by findings of fact and conclusions of law in the Original Jurisdiction. Failure to so qualify or conversion through equity, procedural impediments and/or other process which

operates in concert with the private money system administered and operated by Defendants will comprise an absence of supportive facts and law and acceptance of personal liability.

9. Granting of the Default Petition is necessary to protect the Public Trust, the State of Pennsylvania, and the One People, Relators in particular, from abuses of Government intended to abort the People's acceptance of United States offer for Redress of Grievances.

10. Granting of the Default Petition will not harm the public.

11. Declaration in lieu of supportive affidavit is incorporated herein. This petition is verified for and on the record.

**Wherefore**, this request for relief comprises a three (3) day NOTICE of liability. With Plaintiffs reserving all of their considerable rights of recourse.

Solemnly declared in the presence of Yahweh on the Land in Original Jurisdiction under full liability, Relator being of sound mind, all facts herein declared as true, correct and complete, this sixth day of November, 2010.

People of the State of Pennsylvania

_____richard philip_____
Relator

In witness thereof

_____glen clamp_____
Witness

_____[signature]_____
Witness

_____
Witness

**People of the State of Pennsylvania v. IRS *et al*, Petition to Compel Specific Performance, page 3 of 3**