UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD PHILIP KAUFMAN

and

MICHAEL NORLEY : Case No. 10-01610 (HHK)
      **Plaintiffs**

v.

INTERNAL REVENUE SERVICE, et al.
      **Defendants**

## DEFENDANT, PATRICIA WITT'S AND ANGELA MARTINEZ'S RESPONSE TO DOCUMENT 58, PLAINTIFFS' "PETITION IN THE NATURE OF A MOTION FOR ABATEMENT OF DEFECTIVE PROCESS THE DTCC DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT AND STATEMENT OF POINTS AND AUTHORITIES AND DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT ET AL AND DEFAULT JUDGMENT"

Defendants, Angela Martinez and Patricia Witt respectfully deny any and all averments alleged by Plaintiffs in their petition filed as document number 58. While the petition in and of itself appears to pertain to the DTCC Defendants' Motion to Set Aside the Default Judgment and its Motion to Dismiss, the Order requested by Plaintiffs seeks an entry of default against all Defendants in the above-referenced case. Defendants Martinez and Witt have filed their own Motion to Dismiss and await determination in that regard. There are no allegations against Defendants Martinez and Witt in Plaintiffs' Petition filed at document 58 and thus no justification for an entry of judgment against them as requested in Plaintiffs' Order.

Defendants Martinez and Witt have properly responded to the Complaint. To the extent required, Defendants Martinez and Witt respectfully incorporate their Motion to Dismiss filed as document number 11 herein by reference as if fully set forth at length.

**WHEREFORE**, Defendants Martinez and Witt respectfully request that Plaintiffs' Petition at Document Number 58 be denied.

Respectfully submitted,

**HOLSTEN & ASSOCIATES**

/s/gottels2737

Date: 11-9-10

SCOTT C. GOTTEL, ESQUIRE
PA Attorney I.D. No. 82031
One Olive Street
Media, PA 19063
610-627-243

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD PHILIP KAUFMAN | : |
| and | : |
| MICHAEL NORLEY | : Case No. 10-01610 (HHK) |
| **Plaintiffs** | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| INTERNAL REVENUE SERVICE, et al. | : |
| **Defendants** | : |

## ORDER

AND NOW, this          day of                 , 2010, Plaintiffs' "Petition in the Nature of a Motion for Abatement of Defective Process the DTCC Defendants' Motion to Set Aside Entry of Default and Statement of Points and Authorities and Defendants' Motion to Dismiss Plaintiffs' Complaint *et al* and Default Judgment" filed at document number 58 is hereby denied.

By the Court:

_____
Henery H. Kennedy,    J.

## CERTIFICATE OF SERVICE

I, **Scott C. Gottel., Esquire**, attorney for Defendants, Angela Martinez and Pat Witt, hereby certify that a true and correct copy of within Defendant, Patricia Witt's and Angela Martinez's Response to Document 58, Plaintiffs' "Petition in the Nature of a Motion for Abatement of Defective Process The DTCC Defendants' Motion to Set Aside Entry of Default and Statement of Points and Authorities and Defendants' Motion to Dismiss Plaintiffs' Complaint *et al* and Default Judgment was served upon the following individual(s) via U.S. mail this 9th day of November, 2010.

Richard Philip Kaufman
311 Ivy Lane
Glen Mills, PA 19342

Louis Robert Moffa, Jr., Esquire
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002

Benjamin R. Ogletree, Esquire
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004

Michael Norley
(The undersigned has previously attempted to serve other court filings upon Mr. Norley at his address listed on the docket but has received a return from the U.S. Postal Service noting that the recipient has moved and left no forwarding address. The undersigned is therefore not serving Mr. Norley.)

Respectfully submitted,

**HOLSTEN & ASSOCIATES**

/s/gottels2737

**SCOTT C. GOTTEL, ESQUIRE**