**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| **RICHARD PHILIP KAUFMAN,** <br><br>     **and** <br><br> **MICHAEL NORLEY** <br><br>           **Plaintiffs,** <br><br>        **v.** <br><br> **INTERNAL REVENUE SERVICE, et al.,** <br><br>         **Defendants.** |

**Civil Action 10-01610  (HHK)**

**ORDER**

Before the Court is the motion of pro se plaintiffs Richard Philip Kaufman and Michael Norley for CM/ECF passwords [#19], which requests CM/ECF accounts and passwords for plaintiffs "and their authorized agents by assigned power of attorney."  Mot. ¶ 5.  In the motion, plaintiffs "affirm their capacity jointly and severally, and of their authorized agents, to file and receive documents electronically with predictability; maintaining active email accounts and the necessary hardware and software."  Mot. ¶ 5.

Upon consideration of plaintiffs' motion, the Court grants the motion to the extent it requests CM/ECF passwords for Mr. Kaufman and Mr. Norley, and denies the request for CM/ECF passwords for "their authorized agents."[1]

---

[1] Under Local Rule 5.4(b), plaintiffs may not obtain passwords for "their authorized agents."  Local Civil Rule 5.4(b)(2) sets forth the procedure for "a pro se party" to obtain a CM/ECF password, and section 5.4(b)(3) states that "[a] CM/ECF password may be used only by the person to whom it is assigned."

Accordingly, it is this 22nd day of November 2010, hereby

**ORDERED** that plaintiffs' motion for CM/ECF passwords is **GRANTED** in part and **DENIED** in part.  In accordance with Local Rule 5.4(b)(2), Mr. Kaufman and Mr. Norley "must complete the CM/ECF training provided by the Clerk to all electronic filers before the Clerk issues a CM/ECF password."

Henry H. Kennedy, Jr.
United States District Judge