IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD PHILLIP KAUFMAN, et. al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE, )<br>et. al., )<br>)<br>Defendants. ) | Case No. 10-cv-1610 |

## ORDER

Having considered the United States' motion to dismiss the Plaintiffs' Complaint filed against the Internal Revenue Service, Douglas H. Shulman, Timothy F. Geithner, Jeffrey S. Brown, Joseph C. Keiper, Zane David Memeger, Joan E. Burnes, and Benjamin Bernanke (collectively referred to as "Federal Defendants"), and any opposition thereto, the Court concludes that the motion ought to be granted.  Accordingly, it is this _____ day of _____, 201_, at Washington, DC, IT IS

ORDERED that the United States' motion to dismiss the Plaintiffs' Complaint is GRANTED; and

6215339.1

ORDERED that the Clerk shall distribute copies of this Order to the individuals listed below.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Ronald Machen, United States Attorney
Thomas J. Jaworski, Trial Attorney, U.S. Department of Justice
Richard Phillip Kaufman, *Pro Se* Plaintiff
Michael Norley, *Pro Se* Plaintiff