In the United States District Court
For the District of Columbia
Seat of Government

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley

Plaintiffs

Versus

INTERNAL REVENUE SERVICE *et al*

Defendants

Civil Action No.
10-cv-01610-HHK

**Acceptance of Oath;
Demand for *Voir Dire***

_____

## Acceptance of Oath of Office as Express Binding Contract
## Demand for *Voir Dire*

     Plaintiffs do hereby expressly accept the oaths of office of Henry H. Kennedy as binding contracts, express agreements, particular obligations to act within the terms thereof under purchase money security interest.

     Regarding Minute Orders dated November 22, 2010 regarding Docket #'s 47, 55, 60 and 61, the One People through Plaintiffs hereunder, invoking their absolute right of redress of grievances reserved thereto, do hereby demand as Constructors of the Public Trust, the State of Pennsylvania, through which they have constituted this Court as is their right, a right reserved exclusively to the One People as grantors of the Public Trust and beneficiaries thereof, that Henry H. Kennedy, within seven days of receipt of this claim:

     1. Cite and verify findings of fact upon which the Court relied in issuing the said Orders. Failure to so cite is deemed the absence of applicable law.

2. Cite and verify conclusions of law upon which the Court relied in issuing the said Orders.  Failure to so cite is deemed the absence of applicable substantive facts.

3. Qualify if the above law suit contract is being adjudicated in the common law venue.

4. In the event the above answer is the negative, identify for and on the record the specific law venue (i.e. admiralty, equity, lex mercatoria) in which the above law suit contract is being adjudicated and from whence such authority was derived, that Plaintiffs may understand the applicable rules and source of authority.  Failure to specify a particular law venue will stipulate that the Court is placing Plaintiffs under liability without their consent by unauthorized conversion to public property.

5. State and verify for and on the record whether the said law venue falls under Constitutional purview, and if so, identify the applicable article.

6. State and verify for and on the record whether Defendants J. Curtis Joyner, Eduardo C. Robreno, M. Faith Angell, Michael E. Kunz, Richard M. Cappelli, David R. Griffin, Douglas H. Schulman, Timothy Franz Geithner, Benjamin Bernacke, Donald F. Donahue, William B. Aimetti, Ellen Fine Levine, Jeffrey S. Brown, Joseph C. Keiper, Zane David Memeger, Joan E. Burnes, Patricia Witt, Erjon Mollaj, Angela L. Martinez, Patricia Witt, Larry E. Thompson are presumed severally to be procedural phantoms or real parties, that Plaintiffs can identify the parties and any unlawful acts of conversion.

7. State and verify for and on the record whether Plaintiffs to the above law suit contract are presumed to be procedural phantoms or real parties,  that Plaintiffs can identify the parties and any unlawful acts of conversion.

8. State and verify for and on the record whether the Court convened by Plaintiffs to adjudicate the above-noted case is commercial in nature, and from whence such authority was derived.

9. State and verify for and on the record whether Plaintiffs are entitled to redress of grievances with respect to the United States.

10. As a point of law, state and verify for and on the record whether procedural phantoms have standing on the land.

     11. As a point of law, state and verify for and on the record whether procedural phantoms have standing to plead to the Court convened by Plaintiffs in the above law suit contract.

     12. As a point of law, state and verify for and on the record whether a presumed appearance by any of the Defendants to this law suit contract in their corporate form precludes or mitigates the obligation that they appear in their natural form.

     13. State and verify for and on the record whether the Court convened by Plaintiffs has authority on the land, on the high seas, or both.

     14. State and verify for and on the record whether Henry H. Kennedy accepts liability for his acts of commission and omission in adjudicating the above law suit contract, or has invoked limited, qualified or judicial immunity, thus disavowing responsibility for such acts.

     15. If the answer to the above is invocation of limited liability, please identify the surety; i.e. holder of the bond, and contact information.

     Unless informed otherwise, Plaintiffs deem all answers at full personal liability with consent.

     Done this sixth day of December, 2010.

                                                          People of the State of Pennsylvania

*/s/ richard philyp*

                                                                  Relator
                                                       Beneficiary of the Public Trust