IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD PHILLIP KAUFMAN, et. al., )<br> ) <br>   Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br>INTERNAL REVENUE SERVICE, ) <br>et. al., ) <br> ) <br>   Defendants. ) | Case No. 10-cv-1610 |

**UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION TO SET MINUTE ORDERS VACATING THE DEFAULTS ERRONEOUSLY ENTERED AGAINST THE JUDICIAL OFFICERS AND THE FEDERAL EMPLOYEES**

On November 22, 2010, the Court granted the United States' motions to set aside defaults entered against United States District Judges J. Curtis Joyner and Eduardo C. Robreno, United States Magistrate Judge M. Faith Angell, and Clerk of Court Michael E. Kunz (collectively referred to as "Judicial Officers") and defaults entered against the Internal Revenue Service, Douglas H. Shulman, Timothy F. Geithner, Jeffrey S. Brown, Joseph C. Keiper, Zane David Memeger, Joan E. Burnes, and Ben Bernanke (collectively referred to as "Federal Defendants"). (PACER # 72.)

On December 13, 2010, the Plaintiffs moved the Court to set aside its minute orders granting the United States' motions to set aside the erroneously entered defaults. (PACER # 81.) The Plaintiffs' motion, however, is unintelligible and fails to address any of the United States' arguments raised in its motions to set aside the defaults. These arguments were as follows: (1) neither the Judicial Officers or the Federal Defendants

were actually in default because it appears that the Clerk's Office simply made a clerical error by providing the defendants with only 21 days to answer or respond to the Complaint, (2) setting aside the defaults would not prejudice the Plaintiffs, and (3) the United States maintains meritorious defenses.[1]  Therefore, the Plaintiffs' motion should be denied because they have not raised any basis for the Court to set aside its November 22, 2010 minute orders vacating the erroneously entered defaults.

---

[1] On November 29, 2010, the United States moved for dismissal of the Complaint on behalf of the Judicial Officers (PACER # 75) and on December 1, 2010, the United States moved for dismissal of the Complaint on behalf of the Federal Defendants (PACER # 76) both pursuant to Fed. R. Civ. P. 12(b)(1), (2), (5), and (6).

## CONCLUSION

For the reasons expressed herein, the United States requests that the Court deny the Plaintiffs' motion to set aside the Court's November 22, 2010 minute orders vacating the defaults entered against the Judicial Officers and the Federal Defendants.

DATE: December 16, 2010.

    Respectfully submitted,

    RONALD MACHEN
    United States Attorney

    JOHN A. DICICCO
    Acting Assistant Attorney General
    Tax Division
    U.S. Department of Justice

    /s/ Thomas J. Jaworski
    THOMAS J. JAWORSKI
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Washington, D.C. 20044
    Telephone: (202) 307-6390
    Facsimile:  (202) 514-6866
    Thomas.J.Jaworski@usdoj.gov

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION TO SET MINUTE ORDERS VACATING THE DEFAULTS ERRONEOUSLY ENTERED AGAINST THE JUDICIAL OFFICERS AND THE FEDERAL EMPLOYEES was filed electronically using the Court's ECF system and were served upon the Plaintiffs on the 16th day of December 2010, by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>RICHARD PHILLIP KAUFMAN
>311 Ivy Lane
>Glen Mills, PA 19342
>
>MICHAEL NORLEY
>912 Greene Countrie Drive
>West Chester, PA 19380

>/s/ Thomas J. Jaworski
>THOMAS J. JAWORSKI

6272881.1