In the United States District Court
For the District of Columbia
Seat of Government

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley

Civil Action No.
10-cv-01610-HHK

Plaintiffs

Versus

**Second Notice of Purchase
Money Security Interest and
Law Venue**

INTERNAL REVENUE SERVICE *et al*

Defendants

_____

**Acceptance of Bond as Redeemable Purchase Money Security Interest
to Compel Performance on Demand for *Voir Dire* and Existing Contracts;
Invocation of Higher Law Venue**

*Whereas* Plaintiffs have previously ACCEPTED the oaths of office of Henry H. Kennedy as BINDING CONTRACT

*Whereas* Plaintiffs do hereby formally and expressly ACCEPT all bonds, insurance, re-insurance, underwriting, risk management, and surety interests, real and imagined, with respect to the office of judge/Judge currently occupied by Henry H. Kennedy, as purchase money security interest redeemable in one ounce silver coin, 999 fine with respect to all acts of commission and omission *nunc pro tunc* relative to the law suit contract identified by number 10-cv-01610-HHK, in particular the provision of substantive *Voir Dire* as previously demanded

for the provision of Redress of Grievances to which Plaintiffs are entitled under the Public Trust of their creation.

*Whereas* Plaintiffs do hereby formally INVOKE DIVINE LAW and hold Henry H. Kennedy and all applicable and available public hazard bonds to all sacred precepts thereof *nunc pro tunc* in furtherance of the contracts

*Whereas* all debtors are entitled to notice by TRUE BILL and OPPORTUNITY TO CURE

*Therefore* Henry H. Kennedy is given NOTICE and opportunity to cure all liabilities incurred by having failed to provide substantive *voir dire* as previously demanded pursuant to acceptance and contract

Done this twenty-second day of December, 2010.

People of the State of Pennsylvania

_____
Relator
Beneficiary of the Public Trust

_____
Relator
Beneficiary of the Public Trust