## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE PEOPLE OF THE STATE          :
OF PENNSYLVANIA, *ex rel*.,      :          No. 1:10-CV-01610
RICHARD KAUFFMAN, *et al*.,      :
           Plaintiffs   :
                        :
          v.          :          (Judge Kennedy)
                        :
INTERNAL REVENUE SERVICE,:
*et al*.,                        :
         Defendants :   Electronically Filed Document

### DEFENDANT MOLLAJ'S OPPOSITION TO PLAINTIFFS' MOTION TO SET ASIDE MINUTE ORDER GRANTING DEFENDANT MOLLAJ'S MOTION TO SET ASIDE DEFAULT JUDGMENT

In response to Plaintiffs' motion to set aside this Court's Minute Order of November 22, 2010, granting Defendant Mollaj's motion to set aside default judgment, Plaintiffs have filed a two-page stream of consciousness which cites no case law or authority for Plaintiffs' motion.  For this reason and those presented in their brief in support of motion to set aside default, Plaintiffs' motion to set aside should be denied.

        Respectfully submitted,

        THOMAS W. CORBETT, JR.
        Attorney General

BY: *s/ Jessica S. Davis*
        Jessica S. Davis
        Deputy Attorney General
        I.D. #94560

2

                                        SUSAN J. FORNEY
                                        Chief Deputy Attorney General
                                        Chief, Litigation Section

                                        Office of Attorney General
                                        15th Fl., Strawberry Square
                                        Litigation Section
                                        Harrisburg, PA 17120
                                        (717) 783-1471

DATED: December 27, 2010

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **THE PEOPLE OF THE STATE** | **:** | |
| **OF PENNSYLVANIA,** *ex rel.*, | **:** | **No. 1:10-CV-01610** |
| **RICHARD KAUFFMAN,** *et al.*, | **:** | |
| **Plaintiffs** | **:** | |
| | **:** | |
| **v.** | **:** | **(Judge Kennedy)** |
| | **:** | |
| **INTERNAL REVENUE SERVICE,:** | | |
| *et al.*, | **:** | |
| **Defendants :** | | **Electronically Filed Document** |

## CERTIFICATE OF SERVICE

I, Jessica S. Davis, Deputy Attorney General for the Commonwealth of

Pennsylvania and counsel for Defendants, hereby certify that on this date a copy of the

foregoing document entitled **DEFENDANT MOLLAJ'S OPPOSITION TO**

**PLAINTIFFS' MOTION TO SET ASIDE MINUTE ORDER GRANTING**

**DEFENDANT MOLLAJ'S MOTION TO SET ASIDE DEFAULT JUDGMENT**

was served upon the following individuals:

**Via First Class U.S. Mail**

Richard P. Kaufman
311 Ivy Lane
Glen Mills Community, PA
*Pro Se Plaintiff*

Michael Norley
910-912 Green Countrie Dr.
West Chester Community, PA
*Pro Se Plaintiff*

**Via ECF**

Benjamin R. Ogletree, Esquire
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
*Counsel for Defendants Depository*
*Trust Co., Donahue, Aimetti, Thompson,*
*Levine, Depository Trust and*
*Clearing Corp.*

Scott C. Gottel, Esquire
Holsten & Associates
One Olive Street
Media, PA 19063
*Counsel for Defendants Witt*
*and Martinez*

Louis Moffa, Jr., Esq.
MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP
456 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002
*Counsel for Defendants Magisterial*
*District Court 32-2-49,*
*Cappelli, and Griffin*

Thomas Jaworski, Esquire
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
*Counsel for Federal Defendants and*
*Judicial Officers*

BY:   *s/ Jessica S. Davis_____*
      Jessica S. Davis
      Deputy Attorney General

DATED: December 27, 2010