In the United States District Court
For the District of Columbia
Seat of Government

The People of the State of Pennsylvania

ex rel.                                                              Civil Action:
                                                                     10-cv-01610-RLW
Richard Philip Kaufman
Michael Norley

Plaintiffs                                                           ***Decree* of**
                                                                     **Judicial Notice of**
        Versus                                                       **Administrative Judgment**
                                                                     **Under Full Bond**
INTERNAL REVENUE SERVICE  *et al*

Defendants

## *- Decree -*
**Judgment by Confession Against Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP**

Upon reading and considering the attached - *Decree* - Confession of Judgment by Defendants  Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP by Administrative Judgment and a certain True Bill, Entitlement Order, Adverse Claim, Statement of Claim, Notary's Certificate of Protest on Administrative Remedy, and Notary's Certificate of Protest; Final Administrative Accord attached thereto (collectively known as "Confession of Judgment"), and finding that the said administrative judgment is self-authenticating under F.R.Evid. 902(1) and 901(a) and (b)(7), and binding on the Court, the People of the State of Pennsylvania do hereby

*Decree,* Order and Adjudge that the Court shall take and does hereby take **Judicial Notice** of the said Confession of Judgment in its entirety, and do

Further *Decree,* Order and Adjudge  that Plaintiff Richard Philip Kaufman shall recover from Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP of Philadelphia, Pennsylvania as a consequence of the said Judicial Notice the Judgment Sum set forth in the said

Confession of Judgment of Fourteen Million Five Hundred Seventeen thousand and no/100's Dollars U.S. ($14,517,000.00), and that the said Plaintiff shall have execution thereof, and do

Further *Decree,* Order and Adjudge in fulfillment of Defendants' liability hereunder, that Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP forthwith make arrangements for Plaintiffs Richard Philip Kaufman and Michael Norley and their agents, at said Plaintiffs' convenience, to examine and audit forensically all books and records belonging to or controlled by affiliated proxies of Default Defendants, Defendants UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, all divisions, or in which Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and/or PHELAN HALLINAN & SCHMIEG, LLP  have an interest, influence or control, wherever such records may be located.

### Hold Harmless

As no court is invested with authority in the absence of consent of the governed, this *Decree* and compliance by Sureties Henry H. Kennedy, Robert L. Wilkins, James C. Duff, Royce C. Lamberth and Angela D. Caesar as Interim Executors of the RICHARD PHILIP KAUFMAN Estate and bankruptcy trustees, and all other parties who may act on behalf of this Decree, are fully insured and held harmless for their actions taken hereunder by THE RICHARD PHILIP KAUFMAN ALL-PURPOSE DEBT-CLOSING CASH-EQUIVALENT COURT BOND in the Court's possession.  Neither the Court, the Public Trust nor any such parties shall incur any liability for compliance hereunder.

### Notice

**This *Decree* shall become absolute unless sufficient cause is shown why it should not within twenty (20) days of public filing.  As this *Decree* is verified, as an operation of law such cause cannot be established in this Court of record by unverified statements, representations of counsel, other procedural phantoms or non-parties, statements under limited liability, statements by incorporated and/or un-natural personalities in particular**

those lacking first hand knowledge or standing, hearsay or any other "legal" franchise gambits for limiting liability.

It is hereby solemnly *decreed* adjudged and ordered under full personal liability in Original Jurisdiction this nineteenth day of April, 2011. Witness the Magistrate's hand and seal, grantor, trustee and beneficiary of the Public Trust.

People of the State of Pennsylvania

_____
Relator
grantor, trustee, beneficiary of the Public Trust
executor, RICHARD PHILIP KAUFMAN Estate
Private Attorney General
Common Law Magistrate

In witness whereof:

_____
Witness

_____
Witness

_____
Witness