In the United States District Court
For the District of Columbia

|  |  |  |
|---|---|---|
| The People of the State of Pennsylvania | : | |
| ex rel. | : | |
| Richard Philip Kaufman<br>Michael Norley | : | |
| Plaintiffs | : | Civil Action 10-cv-01610-RLW |
| v. | : | |
| INTERNAL REVENUE SERVICE *et al* | : | |
| Defendants | : | |

**ORDER**

The Court does hereby take Judicial Notice of Confession of Judgment By Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP and Plaintiff's *Decree* Judgment by Confession Against Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP. Finding that the said confession is self-authenticating under F. R. Evid. 902(1) and 901(a) and (b)(7), and binding on the Court, it is hereby

**ORDERED** that Plaintiff's *Decree* Judgment by Confession Against Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP is hereby GRANTED, and it is

**FURTHER ORDERED** that Plaintiff Richard Philip Kaufman shall recover from Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP of Philadelphia, Pennsylvania

as a consequence of the said Judicial Notice the Judgment Sum set forth in the said Confession of Judgment in the amount of Fourteen Million Five Hundred Seventeen Thousand and no/100's Dollars U.S. ($14,517,000.00) and it is

**FURTHER ORDERED** that the Clerk shall enter Judgment against Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP in the amount of the Judgment Sum, and it is

**FURTHER ORDERED** that Plaintiffs complaint and all claims and relief asserted therein against the Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP be, and the same hereby are, GRANTED, and it is

**FURTHER ORDERED** in fulfillment of Defendants' liability hereunder that Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP shall forthwith make arrangements for Plaintiffs Richard Philip Kaufman and Michael Norley, and designated agents thereof, at Plaintiffs' convenience, to examine and audit forensically all books and records belonging to or controlled by affiliated proxies of Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and PHELAN HALLINAN & SCHMIEG, LLP, Defendants UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA, all divisions, or in which Defendants Lawrence T. Phelan, Francis S. Hallinan, Daniel G. Schmieg, Michele M. Bradford, Vivek Srivastava and/or PHELAN HALLINAN & SCHMIEG, LLP have an interest, influence or control, wherever such records may be located, and the same hereby is, GRANTED.

_____

United States District Judge

Dated: _____