the supreme Court of the District of Columbia

in/as/through
The United States District Court
for the District of Columbia

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley

Plaintiffs

    Versus

INTERNAL REVENUE SERVICE *et al*

Defendants

Civil Action No.
10-cv-01610-HHK

**Notice
Rules of Court**

*- Decree -*

**for standardized local rules in the nature of a glossary of terms**

    It is the duty and moral obligation of this Court to ensure that the Court's rules are available and cognizable to those who seek its benefits.

    It has come to the Court's attention that Defendants want for to the ability to respond cogently to Plaintiff's "Order to abate a defective motion in advance of response" filed on February 8, 2011, document no. 92.  Defendants cannot cite failure to state a claim without confessing to perversion of the judiciary to the adjudication of security interests against the One People.  Defendants cannot claim to be appearing in natural capacity when they present themselves as titles of nobility such as SCOTT C. GOTTEL, ESQUIRE," "Benjamin R. Ogletree, Esq.," "RONALD MACHEN United States Attorney" JOHN A. DIDICCO Acting Assistant Attorney General," THOMAS J. JAWORSKI Trial Attorney" and "THOMAS W. CORBETT, JR. Attorney General."  Defendants have no defense against the claim of attempted conversion of Plaintiffs into inorganic procedural phantoms, nor the apparent absence of real

parties in interest in their writings when such writings confess to attempted conversion of living Plaintiffs into dead U.S. persons.  Defendants cannot claim a lack of personal jurisdiction when they volunteer to submit to the Court by arguing through imagined counsel inside the bar.  Living Defendants cannot overcome the presumption of operating as corporate businesses having confessed to such status in the Dun & Bradstreet database.  Petitioners who appear as limited liability companies such as "PROSKAUER ROSE LLP" cannot overcome their election to waive liability for their representations to the Court, such waivers confessing a fraud and subverting all presumptions of credibility.  Defendants cannot overcome the failure to establish standing when they attempt to respond to Plaintiff's verified writings with writings that lack verification, affidavit and first hand testimony, one and all.  Defendants are unable to argue for standing within the admiralty without confessing their participation in a conspiracy to surreptitiously convert this law suit contract to an inferior venue.

Accordingly, this Court, for and on the record, does hereby stipulate to the following definitions for the purposes of this law suit contract, and does hereby

*Decree* that the following terms comprise local rules of the supreme Court of the District of Columbia with respect to this law suit contract, case no. 1:2010-cv-016100RLW.

The term "**U.S. District Judge Robert L. Wilkins**" shall mean an attorney-in-fact standing in the name, place and stead of living man, Robert L. Wilkins, in Article Three, at full liability for the actions of the latter.

The term "**attorney**" shall mean an attorney-in-fact, a living man or woman acting in natural capacity as agent for another.

The terms "**unintelligible**," "**incomprehensible**" and "**gibberish**" shall describe lucid principles, doctrines and maxims of the People's common law on the land that are unintelligible to dead persons.

The terms "**Esq**.," "**Esquire**," "**ESQ**." and "**ESQUIRE**" shall mean dead persons that want for standing to appear in this Court, such attempts to appear being injurious to the United States by the transfer of joint and several liabilities thereto without just compensation or consideration.

The terms "**Hon**.," "**Honorable**," "**HON**." and "**HONORABLE**" when applied to defendants shall mean dead persons engaged in criminal false impersonation of living people and public officials, and scheming to defraud the Court as to their nature, standing and liability.

The terms "**LLP**," "**LP**," "**LLC**," "**LC**," "**Ltd**.," "**Limited**," "**Corp**.," "**Corporation**," "**Limited Liability Company**" and "**Limited Liability Partnership**" shall mean non-parties that seek abatement of their writings for fraudulent submission of unsubstantiated hearsay as evidentiary, and do

*Further Decree* that nothing in this *decree* shall obviate, lessen or diminish the aforesaid Order to abate a defective motion in advance of response," document no. 92

It is so *decreed* solemnly under full personal liability in Original Jurisdiction this eleventh day of May, 2011.  Witness the Magistrate's hand and seal, grantor, trustee and beneficiary of the Public Trust.

People of the State of Pennsylvania

*richard philip*

_____
Magistrate
by saving to suitor

grantor, trustee, beneficiary of the Public Trust
executor, RICHARD PHILIP KAUFMAN Estate
Private Attorney General

In witness whereof:

*David William*
Witness

*glen camp*
Witness

*Tim Arthur*
Witness