the supreme Court of the District of Columbia

in/as/through
The United States District Court
for the District of Columbia

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley

Plaintiffs

Versus

INTERNAL REVENUE SERVICE *et al*

Defendants

Civil Action No.
10-cv-01610-RLW

**Notice to Court and
Department of Treasury
of Bond as Entitlement Order for
Performance on Default** *Decree*

**GSA Standard Form 1418 PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS as consideration on Plaintiffs'** *Decree* **for Entry of Default and Default of UNITED STATES COURTS OF APPEALS, UNITED STATES DISTRICT COURTS excluding the Article Three invocation of UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA aka the supreme Court of the District of Columbia aka The District Court for the District of Columbia, Stanley R. Chesler, James C. Duff, Sandra L. Lynch, Dennis Jacobs, Theodore A. McKee, William B. Traxler, Jr., Edith H. Jones, Alice M. Batchelder, Frank H. Easterbrook, Jay Riley, Alex Kozinski, Mary Beck Briscoe, Joel F. Dubina, Randall R. Rader**

This Court, a court of record, duly preserved in the Sovereign suitor under Article Three of the Constitution for the United States of America, circa 1787, is hereby invoked by the People of the State of Pennsylvania in this *Decree* colorably but lawfully through operation of The United States District Court for the District of Columbia.

Plaintiffs do hereby give notice of GSA Standard Form 1418 PERFORMANCE BOND FOR OTHER THAN CONSTRUCTION CONTRACTS (document number 120) as reinsurance on the performance of sureties: Henry H. Kennedy, Robert L. Wilkins, James C. Duff, Royce C. Lamberth and Angela D. Caesar on Plaintiffs' *Decree* for Entry of Default and Default of UNITED STATES COURTS OF APPEALS, UNITED STATES DISTRICT COURTS excluding the Article

Three invocation of UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA aka the supreme Court of the District of Columbia aka The District Court for the District of Columbia, Stanley R. Chesler, James C. Duff, Sandra L. Lynch, Dennis Jacobs, Theodore A. McKee, William B. Traxler, Jr., Edith H. Jones, Alice M. Batchelder, Frank H. Easterbrook, Jay Riley, Alex Kozinski, Mary Beck Briscoe, Joel F. Dubina, Randall R. Rader and on any and all Orders, Judgments, Rulings, Writs and process issued by the Court in accord, satisfaction and fulfillment of any and all *decrees absolute* issued from time to time by Plaintiffs hereunder with respect to this law suit contract.

The said Bond comprises an assessment and entitlement order against the Clause Eight Re-insurers of THE RICHARD PHILIP KAUFMAN ALL-PURPOSE DEBT-CLOSING CASH-EQUIVALENT COURT BOND (document number 119) in fulfillment of the Orders thereunder and hereunder.

People of the State of Pennsylvania

*richard philip*

---
Relator
grantor, trustee, beneficiary of the Public Trust
executor, RICHARD PHILIP KAUFMAN Estate
Private Attorney General

Copy by First Class Mail to:

Timothy Franz Geithner
U.S. Department of the Treasury
International Monetary Fund
  c/o 1500 Pennsylvania Avenue, N.W.
  Washington, D.C. 20220