In the United States District Court
For the District of Columbia
Seat of Government

_____

The People of the State of Pennsylvania

ex rel.

Richard Philip Kaufman
Michael Norley

           Plaintiffs

    v.

INTERNAL REVENUE SERVICE *et al*

         Defendants

_____

Civil Action 10-cv-01610-RLW

## DEFAULT

    Upon consideration of Plaintiffs' *Decree* for Entry of Default and Default of UNITED STATES COURTS OF APPEALS, UNITED STATES DISTRICT COURTS excluding the Article Three invocation of UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, Stanley R. Chesler, James C. Duff, Sandra L. Lynch, Dennis Jacobs, Theodore A. McKee, William B. Traxler, Jr., Edith H. Jones, Alice M. Batchelder, Frank H. Easterbrook, Jay Riley, Alex Kozinski, Mary Beck Briscoe, Joel F. Dubina, Randall R. Rader, it is hereby

    ORDERED that Plaintiff's petition be, and the same hereby is, GRANTED; and it is declared that Defendants UNITED STATES COURTS OF APPEALS, UNITED STATES DISTRICT COURTS excluding the Article Three invocation of UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, Stanley R. Chesler, James C. Duff, Sandra L. Lynch, Dennis Jacobs, Theodore A. McKee, William B. Traxler, Jr., Edith H. Jones, Alice M. Batchelder, Frank H. Easterbrook, Jay Riley, Alex Kozinski, Mary Beck Briscoe, Joel F. Dubina, Randall R. Rader are in default pursuant to Fed. R. Civ. P. 55(A), and it is

FURTHER ORDERED that the complaint and all claims asserted in Plaintiffs Complaint filed with this Court on September 22, 2010 against Defendants UNITED STATES COURTS OF APPEALS, UNITED STATES DISTRICT COURTS excluding the Article Three invocation of UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, Stanley R. Chesler, James C. Duff, Sandra L. Lynch, Dennis Jacobs, Theodore A. McKee, William B. Traxler, Jr., Edith H. Jones, Alice M. Batchelder, Frank H. Easterbrook, Jay Riley, Alex Kozinski, Mary Beck Briscoe, Joel F. Dubina, Randall R. Rader, be, and the same hereby are, GRANTED.

_____
United States District Judge

Dated: _____

Parties to be notified:

UNITED STATES COURTS OF APPEALS
UNITED STATES DISTRICT COURTS
Stanley R. Chesler
James C. Duff
Sandra L. Lynch
Dennis Jacobs
Theodore A. McKee
William B. Traxler, Jr.
Edith H. Jones
Alice M. Batchelder
Frank H. Easterbrook
Jay Riley
Alex Kozinski
Mary Beck Briscoe
Joel F. Dubina
Randall R. Rader
    c/o Administrative Office of United States Courts
    One Columbus Circle, N.E.
    Washington, D.C 20544