**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RICHARD PHILIP KAUFMAN and MICHAEL NORLEY,**<br><br>Plaintiffs,<br><br>v.<br><br>**INTERNAL REVENUE SERVICE, et al.,**<br><br>Defendants. | Civil Action No. 10-cv-1610 (RLW) |

**ORDER**

Having considered the entire record, and for the reasons set forth in this Court's Memorandum Opinion of this date, it is hereby ORDERED:

That Defendants' Motions to Dismiss (Docket Nos. 4, 11, 52, 74, 75, 76) are GRANTED and Plaintiffs' Complaint is hereby DISMISSED; and it is

FURTHER ORDERED that Defendants' Motions to Dismiss at Docket Nos. 85, 89 and 137 are DENIED as moot; and it is

FURTHER ORDERED that Plaintiffs' pending Motions (Docket Nos. 34, 35, 45, 56, 57, 81, 88, 90, 92) are DENIED as moot; and it is

FURTHER ORDERED that Plaintiffs' filings at Docket Nos. 86, 93, 109, 110, 111, 113, 114, 117, 118, 119, 120, 121, 123, 124, 126-134, and 136) are hereby stricken from the record;

FURTHER ORDERED that the Clerk of the Court shall immediately revoke Plaintiffs' CM/ECF accounts and passwords so that the Clerk may inspect any future submissions prior to entering them on the docket; and it is

FURTHER ORDERED that Plaintiffs are hereby ENJOINED from filing further submissions in this case without leave of Court.  The Clerk shall not accept for filing any

1

2

subsequent submissions (with the exception of Plaintiffs' notice of appeal, if any) that do not include a separate motion for leave to file.  The motion for leave to file shall briefly explain why the filing is necessary for the Court's consideration.  Plaintiffs are admonished not to file any additional impertinent, improper, or frivolous submissions lest they be subjected to additional sanctions, including further restrictions on their filing privileges in this or other federal courts; and it is

FURTHER ORDERED that the Clerk of the Court shall close this case.

SO ORDERED.


Date: May 26, 2011                              _____/s/_____
                                                ROBERT L. WILKINS
                                                United States District Judge